**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Board of Trustees of the Northern Illinois<br>Benefit Fund, et al.<br><br>                    Plaintiff,<br><br>V.<br><br>Thomas H. Litvin Co., an Illinois corporation<br>                    Defendants, | Case Number:<br><br>Filed: MAY 1, 2008<br>08Cv2501 j. n.<br>JUDGE CASTILLO<br>MAG. JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) | |
|---|---|
| PHILIP BRZOZOWSKI | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/Philip Brzozowski | |
| FIRM | |
| ARNOLD AND KADJAN | |
| STREET ADDRESS | |
| 19 WEST JACKSON BLVD. | |
| CITY/STATE/ZIP | |
| CHICAGO, IL. 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>6288049 | TELEPHONE NUMBER<br><br>(312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?<br><br>YES ☐          NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?<br><br>YES ☑          NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?<br><br>YES ☐          NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES ☐          NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br> RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |