AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, et al. <br><br> PLAINTIFFS, <br><br> V. <br><br> THOMAS H. LITVIN CO., an Illinois Corporation <br><br> DEFENDANT. | **SUMMONS IN A CIVIL CASE** <br><br> CASE NUMBER: 08Cv2501 <br><br> DESIGNATED JUDGE: JUDGE CASTILLO <br><br> DESIGNATED MAGISTRATE JUDGE: MAG. JUDGE ASHMAN |

TO: (Name and address of Defendant)

> THOMAS H. LITVIN CO.
> c/o its registered agent, Robert L. Litvin
> 2101 W. Carroll
> Chicago, IL 60612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> DONALD D. SCHWARTZ
> PHILIP BRZOZOWSKI
> ARNOLD AND KADJAN
> 19 WEST JACKSON BLVD., SUITE 300
> CHICAGO, IL 60604
> (312) 236-0415

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

*(signature)*
(By) DEPUTY CLERK

May 5, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/29/08 @ 12:10 pm |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted:

_____

☒ Other (specify):
Served Thomas H. Litwin Co. c/o Thomas Tisina, Vice President, at business address: 2101 W. Carol Chicago IL (w/m, 50, brown/grey hair)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/29/08
Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE  IL  60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.