IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS H. LITVIN CO., An Illinois Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) No. 08 C 2501 ) ) Judge Castillo ) ) Magistrate Judge Ashman ) ) ) ) ) ) ) |

## NOTICE OF MOTION

**TO:** Thomas H. Litvin Co.
c/o its President, Robert L. Litvin
2101 W. Carroll
Chicago, IL 60612

**PLEASE TAKE NOTICE** that on **July 8, 2008** at **9:45** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Castillo, Room 2141** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Audit.

BOARD OF TRUSTEES OF THE
NORTHERN ILLINOIS BENEFIT FUND,
et al.


s/ Philip Brzozowski
One of their Attorneys

Donald D. Schwartz
Philip Brzozowski
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Audit with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 25th day of June 2008, at or before the hour of 5:00 p.m.

    Thomas H. Litvin Co
    c/o its President, Robert L. Litvin
    2101 W. Carroll
    Chicago, IL 60612

    s/ Philip Brzozowski
    ARNOLD AND KADJAN
    19 W. Jackson Blvd., Suite 300
    Chicago, IL 60604
    312-236-0415 (phone)
    312-341-0438 (fax)