UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Northern Illinois Benefit Fund, et al.
                                          Plaintiff,

v.                                                    Case No.: 1:08−cv−02501
                                                      Honorable Ruben Castillo

Thomas H. Litvin Co.
                                          Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 7/16/2008. Plaintiffs' motion for order of default and audit [9] is granted. The Court hereby enters a default against defendant Thomas H. Litvin Co. for failure to timely appear, answer or otherwise plead to the complaint. Judgment entered against defendant Thomas H. Litvin Co. as to liability only. Defendant ordered to submit its records for an audit for the period 11/1/2004 to the present within thirty days. The Court will retain jurisdiction to enter a judgment in a sum certain. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.